# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2020

160160

STERLING BENEFITS, LLC, STERLING
AGENCY, INC., JOSEPH HANEY and
PAUL MATTES,
        Plaintiffs-Appellees,
and

BOSQUETT & COMPANY,
        Plaintiff,

v

DAVID FISCHER and BOSQUETT &
COMPANY,
        Defendants-Appellants,
and

BARRY D. PAULSELL, GORDON ST. JOHN,
CONRAD CONTI, JOSEPH (JOE) HANEY,
STERLING INSURANCE GROUP and
RALPH C. WILSON AGENCY,
        Defendants.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160160
COA: 342529
Oakland CC: 2009-103556-CK

On order of the Court, the application for leave to appeal the June 6, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2020



t0122

Clerk